# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

William Wilkinson,      : No. 51 EAP 2012
      Appellant   :

     v.        :

Department of Corrections, John Murray, :
Superintendent, SCI Camp Hill and  :
Record Room Supervisor SCI Camp Hill, :
      Appellees  :

## ORDER

**AND NOW**, this 3rd day of August, 2015, the above captioned appeal is quashed for failure to file an Appellant's brief.

_____
John W. Person, Esquire
Deputy Prothonotary